UNITED STATES of America, Plaintiff–Appellee,

v.

Tarek Salay HALABI, Defendant–Appellant.

No. 00–50152.

D.C. No. CR–92–00399–MRP.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 9, 2002.

Before GOODWIN, TROTT, and GRABER, Circuit Judges.

MEMORANDUM **

Tarek Salay Halabi appeals his resentencing, following the government's motion under Federal Rule of Criminal Procedure 35(b), for his conviction for conspiracy to possess, possession with intent to distrib-

---

cessor as Secretary of the United States Department of Health and Human Services. Fed. R.App. P. 43(c)(2).

** This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

**86**

ute, and distribution of cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 846.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Halabi has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Halabi has filed a pro se supplemental brief.[1]

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Counsel's motion to withdraw is GRANTED.

AFFIRMED.

---

1. Halabi's pro se supplemental brief raises issues related to the district court's denial of his 28 U.S.C. § 2255 petition. Halabi did not request a certificate of appealability in the district court or in this court, nor did he file a notice of appeal of the denial of his § 2255 petition. Where no certificate of appealability has been issued, this court lacks jurisdiction to review the denial of a § 2255 petition.

*United States v. Mikels*, 236 F.3d 550, 551 (9th Cir.2001).

